**United States District Court**
**Northern District of New York**

# JUDGMENT IN A CIVIL CASE

**JAMES O. LITTLETON**
                **Plaintiff**

         **VS.**            **5:08-CV-617 (NPM/DEP)**

**LINDA GAFFORD; JOHN ROWLEY; MICHAEL J. COSTELLO; and LIAM GB MURPHY**

                **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Complaint is hereby dismissed pursuant to 28 USC section 1015(e) for failure to state a claim, the application to proceed in forma pauperis is denied as moot.

All of the above pursuant to the Order of the Honorable Senior Judge Neal P. McCurn dated the 18th day of June, 2008.

**JUNE 18, 2008**                      **LAWRENCE K. BAERMAN**

**DATE**                              **Clerk of Court**

                                           **s/**

                                           **Joanne Bleskoski**
                                           **Deputy Clerk**